# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY STAVES, | Case No.: 2:25-cv-11016-PA-RAO |
| Plaintiff, | ORDER ON STIPULATION TO REMAND CASE TO STATE COURT |
| vs. | |
| MERCEDES-BENZ USA, LLC; DOES 1 through 100, Inclusive, | Judge: Hon. Percy Anderson |
| Defendants | |

Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Los Angeles.

IT IS SO ORDERED.

DATED: November 20, 2025

_____
Percy Anderson
United States District Judge

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**